# SUMMONS AND WARRANT FOR ARREST IN REM

## UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

To the U. S. Department of Treasury or any designated agent:

**WHEREAS,** a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas by TIM JOHNSON, United States Attorney for that district, on behalf of the United States of America, against the following described property:

> $391,082.95 in U.S. Currency that was seized from in Houston, Texas from Account Number *5269 at Sterling Bank in the name of Northwest Pre-Owned Inc. Operating Account. Funds are in the custody of the United States Secret Service being held in the U.S. Customs Suspense Account, under Seizure #305-2009-003.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the property described above and to detain it in your custody until further order of this Court. The United States shall give notice by publication through the internet at www.forfeiture.gov to all persons who may claim an interest in the property that they must file a verified claim within sixty (60) days from the first day of publication pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days of the filing of a claim. Note the execution below and return this writ to the Court.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| DAVID HITTNER | HOUSTON, TEXAS |
| **DATE:** JAN 1 5 2010 | **CLERK:** CLERK OF THE COURT <br> **BY DEPUTY CLERK:** [signature] |

RETURNABLE ___ DAYS AFTER ISSUE.

## RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED: |
|---|---|
| U.S. TREASURY DEPARTMENT | BY SPECIAL AGENT: |